# Court of Appeals
# of the State of Georgia

ATLANTA, __January 29, 2020__

*The Court of Appeals hereby passes the following order:*

**A20D0250. PAULETTE BRANTLEY et al. v. SHUKURA I. MILLENDER et al.**

On November 26, 2019, the trial court dismissed Paulette Brantley and Michael Gooden's writ of certiorari following a dispossessory judgment entered in magistrate court. Brantley and Michael filed their application for discretionary appeal on December 31, 2019. We, however, lack jurisdiction.

Generally, an application for discretionary appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). But the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). OCGA § 44-7-56 provides that an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered. See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Because OCGA § 44-7-56 requires a judgment in a dispossessory action to be appealed within seven days of the entry of the final judgment, this application is untimely, as it was filed 35 days after the order Brantley and Gooden seek to appeal. Accordingly, it is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __01/29/2020__
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



_____, Clerk.